IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH E. McDOUGALD and<br>DEMETRIUS N. HUNTER,<br><br>Defendants. | 8:25CR44<br><br>ORDER |

    This matter is before the Court upon the government's Motion to Dismiss Forfeiture Allegation (Filing No. 57) of the Indictment (Filing No. 1) regarding the following firearms:

    a.    Sig Sauer P220 .45 cal. Handgun;

    b.    Glock 26 9mm handgun;

    c.    Anderson Manufacturing AM-15 multi-caliber rifle;

    d.    Norinco SKS 7.62x39 cal. Rifle;

    e.    Cobrayo MI 1/9 9mm handgun; and

    f.    Anderson Manufacturing AM-15 multi-caliber rifle, all seized by law enforcement officers on or about between April 15 and September 24, 2024.

    As the above-described firearms were purchased with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") funds during an undercover operation and, as the purchaser of the firearms, the ATF will destroy the firearms, no judicial forfeiture is necessary. Upon careful review of the government's motion and the record in this case, the Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The government's Motion to Dismiss Forfeiture Allegation (Filing No. 57) is granted.
2. The Forfeiture Allegation of the Indictment is dismissed.

Dated this 1st day of December 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge