IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

KEITH E. MCDOUGALD,

                Defendant

**8:25CR44**

**ORDER**

        This matter is before the Court on defendant's Motion to Continue Trial (Filing No. 59). Trial was originally set January 26, 2026. On January 9, 2026, the Court continued trial for one week, on it's own motion, to February 2, 2026 due to a scheduling conflict. The government has informed the court and counsel that a primary witness will be out of the district February 6-13, 2026. Defense counsel states he is unavailable February 17-20, 2026. Defendant requests a continuance to March 17, 2026. For good cause shown,

        IT IS ORDERED that the Motion to Continue Trial (Filing No. 59) is granted as follows:

1. The jury trial**,** now set for February 2, 2026, is continued to **March 17, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and March 17, 2026** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated the 9th day of January 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge