IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiffs,<br><br>  vs.<br><br>KEITH E. MCDOUGALD<br><br>       Defendants. | **8:25CR44**<br><br><br>**ORDER** |

This matter comes before the court on Defendant's Motion for Release to Attend Funeral (Filing No. 73), filed February 3, 2026. Defendant informs the court that his mother recently passed away and her funeral is scheduled to occur this morning, February 4, 2026, at 11:00 a.m. Defendant remains detained pursuant to an Order of Detention pending trial entered on February 26, 2025. (Filing No. 18). Trial has been scheduled several times, but continued at the request of Defendant or the co-defendant. Trial is now set for March 17, 2026. (Filing No. 61).

The court is sympathetic to Defendant's loss and understands the reason for the request. Defendant, however, was ordered detained on the basis of both flight and danger pursuant to 18 U.S.C. §3142, and Defendant failed to overcome the presumption of detention given the nature of the offense(s) charged. (Filing No. 18). Those circumstances have not changed. And even if further considered, the request was only recently made, making coordinating transportation and security very difficult at this late date. For these reasons, the motion must be denied.

Dated this 4th day of February, 2026.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge