IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    v.

KEITH E. MCDOUGALD,

                Defendant

**8:25CR44**

**ORDER**

This matter is before the Court on defendant's Motion to Continue and Waive Speedy Trial (Filing No. 80). Pursuant to the hearing held on March 3, 2026 before Magistrate Judge Carson (see filing 87) the jury trial in this matter will be continued.

IT IS ORDERED that the Motion to Continue and Waive Speedy Trial (Filing No. 80) is granted as follows:

1. The jury trial, now set for March 17, 2026, is continued to **May 4, 2026.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and May 4, 2026** shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(6), (7)(A) & (B)(iv).

Dated the 3rd day of March 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge